# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00589-CR

**Terry Michael Dalton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-05-201498, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After overruling appellant's motion to suppress his oral statements to the police, the trial court did not make the required written findings of fact and conclusions of law. *See* Tex. Code Crim. Proc. Ann. art. 38.22, § 6 (West 2005). Appellant has filed a motion to abate the appeal for these findings. *See Green v. State*, 906 S.W.2d 937, 939-40 (Tex. Crim. App. 1995). The motion is granted.

The appeal is abated. The district court shall prepare and file written findings of fact and conclusions of law conforming to the requirements of article 38.22, section 6. A supplemental clerk's record containing the court's findings and conclusions shall be filed no later than May 23, 2007.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Abated

Filed:   May 8, 2007

Do Not Publish